**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

YISEL MENDOZA TABARES,

Petitioner,

v. No. 2:26-cv-00283-MLG-JFR

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; MARY DE ANDA-YBARRA, Field Office Director of the El Paso Field Office of U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations; and DORA CASTRO, Warden of the Otero County Processing Center, in their official capacities,

Respondents.

**ORDER OF DISMISSAL**

Petitioner Yisel Mendoza Tabares, a Cuban citizen, filed a petition for writ of habeas corpus ("Petition"), Doc. 1, seeking immediate release from immigration detention or, in the alternative, a bond hearing pursuant to 8 U.S.C. § 1226(a). Doc. 1 at 10-11. Mendoza Tabares' removal proceedings were terminated earlier this year and she was released from federal immigration custody. Doc. 9 at 1. At a hearing held November 20, 2026, the parties agreed that the Petition is now moot. Doc. 12. Accordingly, this matter must be dismissed for lack of subject matter jurisdiction. *See Eaves v. Polis*, 167 F.4th 1304, 1310 (10th Cir. 2026) (explaining that when a case is moot, "a federal court must dismiss the action for want of subject-matter jurisdiction"). This civil action shall be dismissed without prejudice. *See Brereton v. Bountiful City Corp.*, 434 F.3d 1213, 1218 (10th Cir. 2006) (providing that "dismissals for lack of jurisdiction should be without prejudice"). A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA